UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,                                 NO. CIV. S-06-0732 FCD/GGH

        Plaintiff,

    v.                                          <u>REFERRAL TO VOLUNTARY DISPUTE</u>
                                                  <u>RESOLUTION PROGRAM</u>
TIMOTHY T.M. QUACH,

        Defendant.

_____/

----oo0oo----

      Pursuant to the stipulation of the parties filed, May 11, 2007 and Local Rule 16-271, this case is referred to the Voluntary Dispute Resolution Program.

DATED: May 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE