UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

              Plaintiff(s),

  v.

TIMOTHY T.M. QUACH,

              Defendant(s).

                                        /

NO. CIV. S-06-0732 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of voluntary dispute resolution program Coordinator and plaintiff's counsel the court has determined that the above action has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 1, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: September 11, 2007

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE